JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FERNANDO PANTOJA-ROSAS, )<br>)<br>)<br>Defendant. )<br>_____ ) | CR 08-0769 WHA<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME FROM<br>JANUARY 6, 2009 THROUGH<br>FEBRUARY 4, 2009** |

    On January 6, 2009, the parties in this case appeared before the Court for identification of

counsel. The parties stipulated and the Court agreed that time should be excluded from the

Speedy Trial Act calculations from January 6, 2009, through February 4, 2009, for effective

preparation of defense counsel. The parties represented that granting the continuance would

allow the reasonable time necessary for effective preparation of defense counsel, taking into

account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also

agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. & [~~PROPOSED~~] ORDER EXCLUDING TIME
CASE NO. CR 08-0769 WHA

1    interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

2    SO STIPULATED:

3

4                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
5
                                                   /s/
6    DATED: _____      _____
                                               OWEN P. MARTIKAN
7                                              Assistant United States Attorney

8                                              STIGLICH & HINCKLEY, LLP

9
                                                   /s/
10   DATED: _____      _____
                                               LIDIA S. STIGLICH
11                                             Attorney for Fernando Pantoja-Rosas

12

13                      **[~~PROPOSED~~] ORDER**

14          As the Court found on January 6, 2009, and for the reasons stated above, an exclusion of

15   time from January 6, 2009, through February 4, 2009, is warranted because the ends of justice

16   served by the continuance outweigh the best interests of the public and the defendant in a speedy

17   trial.  *See* 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny

18   defense counsel the reasonable time necessary for effective preparation, taking into account the

19   exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.

20   §3161(h)(8)(B)(iv).

21

22   SO ORDERED.

23

24   DATED:_____January 8, 2009_____      _____
25                                             HON. WILLIAM H. ALSUP
                                               United States District Judge
26

27

28

STIP. & [~~PROPOSED~~] ORDER EXCLUDING TIME
CASE NO. CR 08-0769 WHA