JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-0769 WHA |
|     Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 4, 2009 THROUGH FEBRUARY 24, 2009** |
|     v. ) | |
| FERNANDO PANTOJA-ROSAS, ) | |
|     Defendant. ) | |

    On February 4, 2009, the parties in this case appeared before the Court for identification of counsel. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from February 4, 2009, through February 24, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 08-0769 WHA

interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: _____     /s/
_____
OWEN P. MARTIKAN
Assistant United States Attorney

STIGLICH & HINCKLEY, LLP

DATED: _____     /s/
_____
LIDIA S. STIGLICH
Attorney for Fernando Pantoja-Rosas

### [PROPOSED] ORDER

As the Court found on February 4, 2009, and for the reasons stated above, an exclusion of time from February 4, 2009, through February 24, 2009, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: February 17, 2009
_____
HON. WILLIAM H. ALSUP
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

STIP. & [~~PROPOSED~~] ORDER EXCLUDING TIME
CASE NO. CR 08-0769 WHA