1  LIDIA S. STIGLICH (CSBN 182100)
   STIGLICH & HINCKLEY, LLP
2  502 Seventh Street
   San Francisco, California 94103
3  Tel:   415-865-2539
   Fax:   415-865-2538
4
   Attorney for Defendant
5  JUAN PANTOJAS-ROSAS

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,                Case No. CR 08-0769-1 WHA

           Plaintiff,
12
    v.                                      STIPULATION AND [PROPOSED]
13                                          ORDER RE: TO CONTINUE
                                            SENTENCING
14 JUAN PANTOJAS-ROSAS, et. al

15         Defendant.

16 _____/

17       Defendant JUAN PANTOJAS-ROSAS, by and through his counsel Lidia S. Stiglich, and

18 the United States of America, by and through Assistant United States Attorney Owen Martikan,

19 hereby stipulate and agree to continue the sentencing date in the above entitled matter from July

20 14, 2009 at 2:00 p.m. to October 13, 2009 at 2:00 p.m., or to a date that is convenient to the

21 Court.

22       Good cause exist for this continuance in that additional time is required to resolve

23 outstanding issues relating to sentencing.

24       United States Probation Officer Eli Goren has been informed of this request.

25 ///

26 ///

27 ///

28
   <u>U.S. v. JUAN PANTOJAS-ROSAS</u>, CR 08-0769-1 WHAI
   Stip. & [Proposed] Order To Cont. Sentencing
                                      -1-

IT IS SO STIPULATED.

Dated: July 10, 2009

/S/ Lidia S. Stiglich
LIDIA S. STIGLICH
Attorney for Defendant
JUAN PANTOJAS-ROSAS

Dated: July 10, 2009

/S/ Owen Martikan
OWEN MARTIKAN
Assistant United States Attorney

**ORDER**

Pursuant to stipulation the date set for sentencing is hereby continued from July 14, 2009 at 2:00 p.m. to October 13, 2009 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 13, 2009.

IT IS SO ORDERED
Judge William Alsup

HON. WILLIAM ALSUP
United States District Judge

U.S. v. JUAN PANTOJAS-ROSAS, CR 08-0769-1 WHAI
Stip. & [Proposed] Order To Cont. Sentencing

Law Offices
Stiglich & Hinckley